VIRGINIA & AMBINDER, LLP
By: Michael Bauman, Esq.
111 Broadway, Suite 1403
New York, New York 10006
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 OF NEW JERSEY PENSION & ANNUITY FUNDS, and RICHARD E. TOLSON as Trustee and Fiduciary of the Bricklayers and Allied Craftworkers Local 5 of New Jersey Pension & Annuity Funds,<br><br>Plaintiffs,<br><br>-against-<br><br>RUSSELL CAULKING, WATERPROOFING & SEALANTS, INC.,<br><br>Defendants. | 14 Civ. 2168 (RBK)(KMW)<br><br>**DEFAULT JUDGMENT** |

The Summons and Complaint in this action having been duly served on the above-named Defendant Russell Caulking, Waterproofing & Sealants, Inc. and said Defendant having failed to plead or otherwise defend in this action, and said Default having been duly noted, and upon the annexed Declarations and the exhibits thereto;

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby

**ORDERED AND ADJUDGED,** that Plaintiffs Trustees of the BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 OF NEW JERSEY PENSION & ANNUITY FUNDS, and RICHARD E. TOLSON as Trustee and Fiduciary of the Bricklayers and Allied Craftworkers Local 5 of New Jersey Pension & Annuity Funds, do recover of Defendant Russell Caulking, Waterproofing & Sealants, Inc. with its principal place of business at 128B 7th Avenue, Haddon Heights, NJ 08035 the amount of $356,194.63, plus interest at the legal rate in effect on the date of this judgment; and that the Plaintiffs have execution therefor.

Judgment dated: 7/21/14

By: _____
      U.S.D.J.